## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

VSP Holding LLC       :
31005 Bainbridge Rd. Unit 4
Solon, OH 44139       :

    Plaintiff,    :  Case No. _____
  v.

          :  Judge _____

Mrs. Fields Famous Brands, LLC
430 Park Avenue, Floor 16   :
New York, NY 10022

          :

And

          :

Z Capital Group, LLC
430 Park Avenue, Floor 16   :
New York, NY 10022

          :

    Defendants.

## <u>COMPLAINT</u>

For its Complaint against Defendants Mrs. Fields Famous Brands, LLC ("Mrs. Fields") and Z Capital Group, LLC ("Z Capital"), Plaintiff VSP Holding LLC dba Vana Specialty Packaging ("Vana") states the following:

1. Plaintiff Vana is an Ohio limited liability company with its principal place of business in Solon, Ohio.

2. Vana is a citizen of the states of Ohio, Washington, and New Mexico because its members are citizens and residents only of those states.

3. Upon information and belief, Defendant Mrs. Fields is a Delaware limited liability company with principal places of business in New York, New York.

4. Upon information and belief, and based on a reasonable search, Mrs. Fields is a citizen of Delaware and/or New York, and is not a citizen of Ohio, Washington, or New Mexico.

5. Upon information and belief, Defendant Z Capital is a Delaware limited liability company with a principal place of business in New York, New York.

6. Upon information and belief, and based on a reasonable search, Z Capital is a citizen of Delaware and/or New York, and is not a citizen of Ohio, Washington, or New Mexico.

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because this action involves a dispute between the citizens of different states, there is complete diversity because the defendants are not citizens of any of Ohio, Washington, or New Mexico, and the amount in controversy exceeds $75,000.

8. The United States District Court for the Northern District of Ohio, Eastern Division is the proper venue for this action pursuant to 28 U.S.C. § 1391(b) as this venue is the location of a substantial part of the events giving rise to Vana's claims.

9. Vana Plaintiff is a specialty packaging manufacturer and supplier engaged in the business of designing, manufacturing, and selling custom packaging products.

10. Mrs. Fields is a company engaged in the business of selling cookies and related food products under the Mrs. Fields brand.

11. Upon information and belief, Z Capital is the owner of Mrs. Fields and is the only member thereof.

12. In 2025 and 2026, (and for years prior), Vana has manufactured and supplied custom packaging products. Defendants repeatedly agreed to pay for such products in accordance with agreed-upon terms.

13. The parties' agreement provided for payment terms of 30 days from the ship date of each Vana invoice.

14. Vana performed its obligations by manufacturing and delivering packaging products as ordered.

15. From November 17, 2025, to June 30, 2026, Vana sent various invoices to Defendants for payments due for services rendered (the "Invoices") which are attached as **Exhibit 1**.

16. To date, Defendants have failed to pay the Invoices in the amount of $343,069.49.

17. Despite repeated efforts to obtain satisfaction of the amount owed to Vana, and despite repeated promises to pay, Defendants have refused to pay the amounts owed.

### First Claim (Breach of Contract against Defendants)

18. Vana hereby adopts by reference and reaffirms the averments contained in all previous paragraphs of this pleading.

19. This is a claim for breach of contract against Defendants.

20. A contract has been formed pursuant to Article 2 of the UCC because the subject of the contract is the sale of Vana's goods to the Defendants.

21. The essential terms of the contract are that Defendants would render payment to Vana to purchase the goods sold to Defendants in the amounts reflected on the Invoices.

22. Vana has performed all of its obligations under the parties' contract.

23. Defendants have not articulated any complaint as to the quality or quantity of the goods provided by Vana.

24. Vana has not received payment for the past due Invoices from Defendants.

25. Defendants have breached the terms of the parties' contract by failing to satisfy the outstanding balance owed in the amount of $343,069.49.

26. Vana has been damaged by the breach of contract in amount to be determined at trial which was $343,069.49 plus late fees and reasonable attorneys' fees and other charges incurred in connection with the collection of the amount due.

3

**Second Claim (Claim on an Account against Defendants)**

27. Vana hereby adopts by reference and reaffirms the averments contained in all previous paragraphs of this pleading.

28. This is a claim on an account.

29. Defendants were invoiced for goods provided. Ex. 1.

30. Defendants owe Vana $343,069.49, plus additional interest thereafter, according to the invoices attached as Exhibit 1.

31. Vana has been damaged by the breach of contract in amount to be determined at trial which was $343,069.49 plus late fees and reasonable attorneys' fees and other charges incurred in connection with the collection of the amount due.

**Third Claim (Unjust Enrichment Against Defendants)**

32. Vana hereby adopts by reference and reaffirms the averments contained in all previous paragraphs of this pleading.

33. This is a claim is pled in the alternative.

34. Vana provided valuable goods to Defendants with their knowledge and consent.

35. Vana did not receive fair and reasonable compensation for its valuable goods from Defendants.

36. Defendants benefited from the valuable goods it received from Vana, using the goods from Vana for the packaging associated with Mrs. Fields cookies and other goods.

37. Defendants have been unjustly enriched by the receipt and use of Vana's goods.

38. As a result, Plaintiff should be compensated in an amount equal to the benefit received, by Defendants believed to be $343,069.49.

4

**Fourth Claim (Quantum Meruit Against Defendants)**

39.     Vana hereby adopts by reference and reaffirms the averments contained in all previous paragraphs of this pleading.

40.     This is a claim is pled in the alternative.

41.     Vana provided valuable goods to Defendants with their knowledge and consent.

42.     Vana did not receive fair and reasonable compensation for its valuable goods from Defendants.

43.     Defendants retained the benefit Plaintiffs' goods under circumstances in which it would be unjust for Defendants to do so, without payment for the goods.

44.     As a result of Defendants' conduct, Vana is entitled to damages equal to the amount of the goods, which is believed to be $343,069.49.

WHEREFORE, Vana demands judgment in its favor and against Defendants, jointly in severally, in the amount of $343,069.49 plus interest, late fees and attorneys' fees and all other costs associated with the collection of the amounts due to Vana and the terms of the Invoices.

Respectfully submitted,

BAILEY CAVALIERI LLC

*/s/ Christopher B. Burch*
Christopher B. Burch           (0087852)
10 West Broad St., Suite 2100
Columbus, OH 43215
cburch@baileycav.com
Ph:  (614) 229-3295
Fax: (614) 221-3155

*Counsel for Plaintiff*